JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL KETCHUP,<br><br>          Plaintiff,<br><br>     v.<br><br>AMAZON.COM SERVICES LLC,<br><br>          Defendant. | Case No. 5:22-cv-01295-MCS-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Case, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant Amazon.com Services LLC and against Plaintiff Crystal Ketchup. The case is dismissed without prejudice, and Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: October 4, 2022

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE